UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

AMERICAN PACIFIC MORTGAGE
CORPORATION,

                                    Plaintiff,

            v.

FINANCE OF AMERICA MORTGAGE LLC,

                                    Defendants.

Case No. C19-749 RSM-TLF

ORDER GRANTING DEFENDANT
GENEVA FINANCIAL LLC'S
MOTION TO VACATE CLERK'S
ENTRY OF DEFAULT

The Court, having reviewed plaintiff's complaint, the Report and Recommendation of

Judge Theresa L. Fricke, United States Magistrate Judge, and objections to the report and

recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)     the Court adopts the Report and Recommendation;

(2)     there is good cause to set aside the entry of default against Defendant Geneva

          Financial LLC; and

(3)     the Court GRANTS Defendant Geneva Financial LLC's motion to vacate the

          clerk's entry of default.

Dated this 3rd day of December, 2019.


                                    RICARDO S. MARTINEZ
                                    CHIEF UNITED STATES DISTRICT JUDGE