# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| AMERICAN PACIFIC MORTGAGE CORPORATION, | CASE NO. C19-749 RSM |
| Plaintiff, | ORDER VACATING PRIOR ORDER ON R&R AND GRANTING DEFENDANT GENEVA FINANCIAL LLC'S MOTION TO VACATE CLERK'S ENTRY OF DEFAULT |
| v. | |
| FINANCE OF AMERICA MORTGAGE LLC, | |
| Defendants. | |

This matter comes before the Court *sua sponte*. On December 3, 2019, the Court issued an Order adopting the Report and Recommendation of the Honorable Theresa L. Fricke, United States Magistrate Judge. Dkt. #47. This Order was issued prior to the filing of timely objections by Defendants later that same day. Dkt. #48. The Court will thus vacate this prior Order.

Having now reviewed the Objections and the remainder of the record, the Court finds no error in Judge Fricke's recommendation and ORDERS:

(1) The Order at Dkt. #47 is VACATED;

(2) the Court again adopts the Report and Recommendation;

ORDER - 1

(3) there is good cause to set aside the entry of default against Defendant Geneva Financial LLC; and

(4) the Court GRANTS Defendant Geneva Financial LLC's motion to vacate the clerk's entry of default.

DATED this 5th day of December 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE