Honorable Judge Ricardo S. Martinez
Honorable Magistrate Judge Theresa L. Fricke

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| AMERICAN PACIFIC MORTGAGE CORPORATION, a California corporation, d/b/a CRANE FINANCIAL GROUP,<br><br>Plaintiff,<br><br>vs.<br><br>FINANCE OF AMERICA MORTGAGE LLC, a Delaware Limited Liability corporation; GENEVA FINANCIAL, LLC, an Arizona Limited Liability corporation; DEBORAH MARIE MERCADO, an individual residing in Washington State; JAMIE JANET JENNINGS-KAY, an individual residing in Washington State; and PAUL MATTHEW ARMSTRONG, an individual residing in Washington State; JANE/JOHN DOES 1-10; DOE BUSINESS/CORPORATE ENTITIES, 1-10,<br><br>Defendants. | Case No. 2:19-CV-00749-RSM-TLF<br><br>**STIPULATED ORDER MODIFYING PRETRIAL SCHEDULING ORDER** |

PURSUANT TO Federal Rule of Civil Procedure 16(b)(4) and Local Rule 16(b)(6), and pursuant to the parties' stipulations, IT IS SO ORDERED that the pretrial scheduling order in this case be modified as follows:

STIPULATED PROTECTIVE ORDER - 1
(No. 2:19-CV-00749-RSM-TLF)

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7057 | Fax: 206-693-7058

| EVENT | CURRENT DEADLINE | REVISED DEADLINE |
|---|---|---|
| Identify Experts | April 14, 2020 | June 15, 2020 |
| Motions Related to Fact Discovery | April 24, 2020 | June 23, 2020 |
| Close of Fact Discovery | May 15, 2020 | July 14, 2020 |
| Disclosure of Expert Reports (Fed. R. Civ. P. 26(a)(2)(A)–(C)) | June 16, 2020 | August 7, 2020 |
| Rebuttal Expert Reports (Fed. R. Civ. P. 26(a)(2)(D)(ii)) | July 20, 2020 | September 11, 2020 |
| Motions Related to Expert Discovery | July 24, 2020 | September 15, 2020 |
| Close of Expert Discovery | August 14, 2020 | September 15, 2020 |
| Dispositive Motions Filing Deadline | September 3, 2020 | September 17, 2020 |
| Last Date to Complete Mediation | November 30, 2020 | No change |
| Motions in Limine | December 4, 2020 | No change |
| Pretrial Conference | To be determined | No change |
| Agreed Pretrial Order | December 30, 2020 | No change |
| Trial Briefs, Trial Exhibits, and Jury Instructions | January 6, 2021 | No change |
| Jury Trial – 7 days | January 11, 2021, 9:00am | No change |

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

| | | |
|---|---|---|
| DATED: 4/08/2020 | | */s/ Matthew N. Miller* |
| | | Attorneys for American Pacific Mortgage, Corporation |
| DATED: 4/08/2020 | | */s/ Michael S. Brunet* |
| | | Attorneys for Geneva Financial, LLC |
| DATED: 4/08/2020 | | */s/ Brett M. Wieburg* |
| | | Attorneys for Deborah Marie Mercado |
| DATED: 4/08/2020 | | */s/ Shawn Q. Butler* |
| | | Attorneys for Jamie Janet Jennings-Kay and Paul Matthew Armstrong |
| DATED: 4/08/2020 | | */s/ Kyle D. Nelson* |
| | | Attorneys for Finance of America Mortgage, LLC |

DATED: April 9, 2020

*[signature]*

Theresa L. Fricke
United States Magistrate Judge

Submitted by LINDSAY HART, LLP

By: */s/ Matthew N. Miller*
Tyson L. Calvert, WSBA No. 38908
tcalvert@lindsayhart.com
Matthew N. Miller, WSBA No. 48704
mmiller@lindsayhart.com
Lindsay Hart, LLP
1300 SW Fifth Ave Ste 3400
Portland OR 97201
Telephone: (503) 226-7677
Fax: (503) 226-7697